FILED

11/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0570

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SHAWN LEE FOSTER,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 18, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 13 2024